IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MYRNA DARTSON and <br> WILLIE MAE DARTSON, <br><br> Plaintiffs, <br><br> v. <br><br> AN LUXURY IMPORTS, LTD. d/b/a <br> BMW OF DALLAS and ESIS, INC., <br><br> Defendants. | § § § § § § § § § § § § | Civil Action No. 3:17-cv-0569-M |

## FINAL JUDGMENT

Based on the Findings of Fact and Conclusions of Law dated May 29, 2018, Plaintiffs shall take nothing on their claims. Because, "[e]ach person who prevails in a suit [under the Texas Theft Liability Act] . . . shall be awarded costs and reasonable and necessary attorney's fees" under TEX. CIV. PRAC. & REM. CODE § 134.005, the Court reviewed the record, including Defendants' time entries and accompanying affidavit. Based on that review, the Court concludes that $20,000 in reasonable and necessary attorney's fees are attributable to the defense of Plaintiffs' TTLA claim against Defendant. Plaintiffs' counsel is also required to pay the sanctions of $3382.50 set out in Magistrate Judge Horan's Order of August 22, 2018. (ECF No. 131).

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that (1) Plaintiffs take nothing on their claims; (2) Plaintiffs shall pay Defendants $20,000 in attorney's fees, for which execution may issue; (3) Plaintiffs' counsel, Temani Me'Chelle Adams, shall pay $3382.50 in sanctions within thirty days of the date of this judgment; and (4) all costs of court are taxed against Plaintiffs.

1

**SO ORDERED**.

September 13, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE